95 A.3d 273

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Derrick WHITE, Appellant.**

**No. 663 CAP.**

Supreme Court of Pennsylvania.

July 3, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of July, 2014, the Court having retained jurisdiction in our remand order dated July 2, 2013, and, upon remand, a new penalty phase hearing having been awarded and scheduled for March 23, 2015, the Court hereby relinquishes jurisdiction so that the penalty proceedings below can proceed apace. The outcome of the proceeding will determine the appropriate court for the subsequent direct appeal, if any.